IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RONALD ROSS,

       Petitioner,
vs.                                      CASE NO. 5:07cv219/RS-EMT

WALTER A. McNEIL,

       Respondent.
_____/

## ORDER

The relief requested by Petitioner's Unopposed Motion For Extension Of Time (Doc. 35) is **granted**.

**ORDERED** on April 27, 2010.

                                          /S/ Richard Smoak
                                          **RICHARD SMOAK**
                                          **UNITED STATES DISTRICT JUDGE**