**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

RONALD ROSS,

      Petitioner,

vs.                               CASE NO. 5:07cv219/RS-EMT

WALTER A. McNEIL, Secretary
of Department of Corrections,

      Respondent.

_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 33),

Petitioner's Objections To Report And Recommendation (Doc. 37), and Respondent's

Response To Petitioner's Objections To Report And Recommendation (Doc. 38).

**IT IS ORDERED**:

1.      The Magistrate Judge's Report and Recommendation is adopted and

incorporated by reference in this Order.

2.      The Petition For Writ Of Habeas Corpus (Doc. 1) is **denied**.

3.      The clerk is directed to close the file.

**ORDERED** on May 28, 2010.

/S/ Richard Smoak
**RICHARD SMOAK
UNITED STATES DISTRICT JUDGE**